**Fill in this information to identify the case:**

Debtor 1: MARINO MARTINEZ

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 16-19262

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: MTGLQ Investors, L.P.

Last 4 digits of any number you use to identify the debtor's account: 1056

Court claim no: (if known) 5

Property address:
3648 W Cortland St
Number  Street

Chicago   IL   60647
City   State   ZIP Code

### Part 2: Prepetition Default Payments

Check one:

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 325.00

c. **Total**. Add lines a and b.  (c) $ 325.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 6 / 1 / 2018
MM / DD / YYYY

Form 4100R   **Response to Notice of Final Cure Payment**   page **1**

Debtor 1 __MARINO MARTINEZ_____    Case number (*if known*) __16-19262_____
         First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Anita Robertson_____    Date __6__/__01__/__18____
   Signature

Print    __Anita_____ _____ __Robertson_____    Title __Bankruptcy Case Manager__
           First Name    Middle Name    Last Name

Company    __Shellpoint Mortgage Servicing_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __PO Box 10826_____
          Number    Street

         __Greenville, SC 29603-0826_____
         City    State    ZIP Code

Contact phone (__800__) __365__ – __7107____    Email __mtgbk@shellpointmtg.com__



MONDAY - FRIDAY: 8AM - 10PM ET
SATURDAY: 8AM - 3PM ET

PHONE NUMBER: (800) 365-7107
FAX NUMBER: (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

**Marino Martinez  -  Loan ID**

## **FEE DETAILS**

| **Description** | **Amount** |
|---|---|
| NSF Fee Payment | $25.00 |
| Proof of claim | $300.00 |
|  | **$325.00** |

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC 29603-0826 | Phone Number: (800) 365-7107<br>Fax: (866) 467-1137<br>Email: mtgbk@shellpointmtg.com |

RE: Debtor 1    Marino Martinez
      Debtor 2

Case No:    1619262

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 6/1/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL 60604

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

Rigoberto Garcia
20 S. Clark, 28th Floor

Chicago, IL 60603-

Marino Martinez

3648 W Cortland St
Chicago IL 60647

/s/ Anita Robertson